TEX. & PAC. R'Y CO. v. O. P. WATSON.

(No. 5136.)

APPEAL from Eastland County.   Opinion by WILL-SON, J.

T. H. CONNER, counsel for appellant.

J. T. HAMMONS, counsel for appellee.

3 w 369
§ 302
26a 343

§ 302.  *Continuance; first application for must be granted, when.*  Appellant's application for a continuance was a first one, and it contained every requisite of the statute.  The court erred in not granting it.  When a first application for a continuance is in strict compliance with the statute, the court has no discretion in the matter, but must continue the cause.  [Cleveland v. Cole, 65 Tex. 402.]